```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF FLORIDA
```

IN RE:                                          CASE NO: 10-49545-BKC-

ORLANDO ANTONIO MARTIN

                DEBTOR(S)
_____/

              REPORT OF NON-COMPLIANCE WITH
                  LOCAL RULE 3070-1(B)

    Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

    1. The Debtor(s), pursuant to LOCAL RULE 3070-1(B) was to be current in all payments under the confirmed Chapter 13 Plan on or before May 7, 2014            . The Debtor(s) did not comply with the said order.

    2. Accordingly, the Trustee reports that this case should be dismissed with prejudice to the Debtor(s) filing any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal pursuant to the terms of said order.

    WHEREFORE, the Trustee reports these facts to the Court for appropriate action.

    Respectfully submitted this 17TH day of JUNE      , 2014.


```
                              _____
                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              P.O. BOX 279806
                              MIRAMAR, FL  33027
                              FBN:  441856
                              (954) 443-4402
```

CC:    ORLANDO ANTONIO MARTIN
        PATRICK L. CORDERO, ESQUIRE